# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102
Newark (973) 622-3000
New York (212) 714-1720
Fax (973) 623-7780
www.tompkinsmcguire.com

William B. McGuire
*Partner*

Tel: (973) 623-7750
E-Fax: (973) 623-7744
wmcguire@tompkinsmcguire.com

December 20, 2011

Hand Delivery

Hon. Susan D. Wigenton
ML King, Jr. Federal Building
 & Courthouse, Room 5060
50 Walnut Street
Newark, NJ 07102

**So Ordered**
this 21ST day of December 2011
Susan D. Wigenton, U.S.D.J.

Re: **Msgr. Patrick Brown**
**USA vs. Brown**
**Case Number: 2:10-cr-00750-SDW**

Dear Judge Wigenton:

I am writing to request that you permit Msgr. Brown to attend my Annual New Year's Eve Party at my home at 111 Lee's Hill Road, New Vernon, New Jersey. My wife and I have hosted this Party for the last 10 to12 years and Msgr. Brown has attended each of them. Typically, he drives retired Bishop Frank Rodimer to my home, given the Bishop's age and physical condition.

Mike Critchley and I spoke with Msgr. Brown's probation officer this afternoon and was advised by him that he lacks the authority to grant permission to Msgr. Brown to attend any party, adding that you were the only person who possessed that authority.

I would deeply appreciate it if you would consider this request and advise me of your determination.

Respectfully submitted,

William B. McGuire
For TOMPKINS, McGUIRE, WACHENFELD & BARRY

WBM:ez
cc: Michael D. Critchley, Esq.

765090

RECEIVED
DEC 21 2011
CHAMBERS OF
HONORABLE SUSAN D. WIGENTON